RECEIVED

OCT 17 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| TERRANCE L. JOHNSON<br>LA. DOC #111883<br>VS. | CIVIL ACTION NO. 5:13-cv-2385<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17 day of Oct, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE